IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA MERCEDES LEGER DE LA CRUZ, § § § Plaintiff, § § v. § § CAROLYN W. COLVIN, ACTING § COMMISSIONER OF THE SOCIAL § SECURITY ADMINISTRATION, § Defendant. § | Civil Action No. 3:15-CV-01949-K |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, and Plaintiff's Objections filed on September 15, 2016, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court. Plaintiff's Objections are **OVERRULED.**

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **AFFIRMED**.

SO ORDERED.

Signed September 21st, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE